### [ WALLEY v. SYBERY ]

John Walley plaint. ag$^t$ Jonathan Sybery of or late of Wye River in Maryland Def$^t$ in an action of the case for the non payment of nine thousand three hundred & Fifty two pounds Tobacco due by bill with all other due damages according to attachm$^t$ dat$^d$ July. 12th 1676. . . . The Jury . . . found for the plaint. Forty Six pounds nineteen Shillings four pence mony & costs of Court allowed twenty Six Shillings & eight pence  This action was tryed at last July Court but judgem$^t$ not published nor being entred untill this Court according to Law was now published. pr$^o$ Novemb$^r$ 1676.

Execucion issued Novemb$^r$ 2$^d$ 1676.